<u>NOT FOR PUBLICATION</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| TONI FLY, aka WILLIAM ANTHONY FLY, Plaintiff | Civ. No. 20-13962 (RMB/AMD) |
| v. | **OPINION** |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, Defendants |  |

On October 5, 2020, the United States District Court, Southern District of Illinois transferred this prisoner civil rights complaint to this Court based on venue. (Transfer Order, Dkt. No. 9.) On December 8, 2020, this Court issued a Memorandum and Order, administratively terminating this matter for failure to pay the filing fee or submit a properly completed application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Mem. and Order, Dkt. No. 19.) The Court further directed Plaintiff to file an amended complaint to replace the series of affidavits and motions filed prior to the Court's screening of the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1) and 42 U.S.C. § 1997e(c)(1). (<u>Id.</u>) On March 9, 2021, legal mail sent to Plaintiff was returned to the Court as undeliverable. (Dkt. No. 23.) Plaintiff has not notified the Court of her new address.

I.  DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address[es] within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a complaint without prejudice is an appropriate remedy for noncompliance with this rule. See Archie v. Dept. of Corr., Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases). Plaintiff has not provided the Court with a notice of change of address.

II.  CONCLUSION

The Court will dismiss this Complaint without prejudice pursuant to Local Civil Rule 10.1(a), subject to reopening upon Plaintiff's timely notice of her new address.

An appropriate order follows.

**Dated:  June 14, 2021**

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**